Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **LAURA JO GOLDEN,** | Civil No. 6:17-cv-01293-JR |
| Plaintiff, | |
| | **ORDER APPROVING** |
| vs. | **ATTORNEY FEES PURSUANT TO** |
| | **42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $16,076.25 in attorney fees, less $7,559.38, which is the amount of Equal Access to Justice Act ("EAJA") fees already received by counsel, for a net §406(b) attorney fee award herein of $8516.87 pursuant to 42 U.S.C. §406(b). Defendant shall pay $8516.87 to Plaintiff's counsel, Drew L. Johnson, PC, less an

administrative assessment pursuant to 42 U.S.C. 406(d), and mailed to their office at 1700

Valley River Drive, Eugene, OR 97401. After payment of the $8516.87, the balance of any

other amounts withheld for attorney fees shall be released to Plaintiff. There are no other

costs.

IT IS SO ORDERED this day of May 7th, 2019

_____
U.S. District Judge/Magistrate Judge


PRESENTED BY:

By:     /s/ SHERWOOD J. REESE
        Sherwood J. Reese, OSB #144130
        Of Attorneys for Plaintiff